UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE:  DOXYCYCLINE CASES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL STATE ATTORNEYS GENERAL ACTIONS | 16-DX-27244<br><br>September 6, 2017 |

## NOTICE OF DEFENDANTS

Pursuant to paragraph 11 of the Court's Pretrial Order No. 33, the State Attorneys General provide the following list of all Defendants against whom they have alleged claims concerning Doxycycline:

**HERITAGE PHARMACEUTICALS, INC.**
**MYLAN PHARMACEUTICALS, INC.**
**MAYNE PHARMA (USA), INC.**

        On Behalf of the State Attorneys General,

        PLAINTIFF
        STATE OF CONNECTICUT
        GEORGE JEPSEN
        ATTORNEY GENERAL

BY:    /s/ W. Joseph Nielsen
        W. Joseph Nielsen
        Federal Bar No. ct20415
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5040
        Fax: (860) 808-5391
        Joseph.Nielsen@ct.gov

**CERTIFICATION**

  I hereby certify that on September 6, 2017, I caused the foregoing Notice of Defendants to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

                /s/ W. Joseph Nielsen\_\_\_
                W. Joseph Nielsen
                Assistant Attorney General